# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DAVID E. JONES,**
**ADC #141454**                                                                    **PLAINTIFF**

**v.**                                        **4:08CV00287BSM/HLJ**

**GEOFFREY BULLARD, et al.**                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the memorandum and order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute.  The relief sought is denied.

IT IS SO ADJUDGED this 15th day of October, 2009.


_____
UNITED STATES DISTRICT JUDGE